IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| DARRELL MCKINLEY and PAUL LINDSEY, | ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | CIVIL ACTION NO. 17-0010-CG-B |
| TOWN OF EXCEL, ALABAMA, | ) ) | |
| Defendant. | ) | |

## ORDER

The parties having filed a joint Stipulation of Dismissal of All Claims on April 24, 2017 (Doc. 10), it is **ORDERED** that this matter be and is hereby **DISMISSED with prejudice**. Each party shall bear his or its own costs.

**DONE** and **ORDERED** this 27th day of April, 2017.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE